UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE O. FLAMENCO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　Defendant. | Case No.: C-12-00596- YGR<br><br>**ORDER VACATING OSC AND GRANTING REQUEST TO FILE FIRST AMENDED COMPLAINT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

On March 29, 2012, the Court issued an Order to Show Cause Regarding Why Plaintiff's Action Should Not Be Dismissed. (Dkt. No. 12.) On March 30, 2012, the parties filed a Joint Stipulation Consenting to Plaintiff's Filing a First Amended Complaint ("FAC"). (Dkt. No. 14.) Plaintiff also filed a First Amended Verified Complaint on that date. (Dkt. No. 13.) Having reviewed and considered the stipulation and proposed FAC, the Court hereby VACATES the OSC hearing scheduled for April 13, 2012.

The Court GRANTS Plaintiff's request to file the FAC. Having already been filed, it shall be the operative complaint in this action. Defendant shall respond to the FAC within twenty-one (21) days of the date of this Order. This Order terminates Dkt. No. 4 because that motion is now moot.

**IT IS SO ORDERED.**

Dated: April 3, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**