UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE O. FLAMENCO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　Defendant. | Case No.: C-12-00596- YGR<br><br>**ORDER REMANDING TO STATE COURT** |

　　The parties have stipulated that remand of this action is proper because of a lack of diversity jurisdiction in the First Amended Complaint. (Dkt. No. 18.) The Court agrees that it no longer has subject matter jurisdiction of this action.

　　Accordingly, it is hereby **ORDERED** that this case is remanded to the Superior Court of California, County of Alameda. The Clerk of this Court is further ordered to forward certified copies of this Remand Order and all docket entries to the Clerk of the Superior Court of California, County of Alameda.

　　**IT IS SO ORDERED.**

Dated: April 20, 2012

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**